## Logan v. Glass, Appellant.

Argued March 18, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, BARNES and PATTERSON, JJ.

490

*Samuel G. Wagner,* of *Wagner & Wagner,* with him *Herbert Jacobson,* for appellant.

*Ralph L. Smith,* for appellee.

PER CURIAM, April 15, 1940:
The facts are stated in the report of the case, 136 Pa. Superior Ct. 221, 7 A. 2d 116.
Judgment affirmed.